# Court of Appeals
# of the State of Georgia

ATLANTA,  January 12, 2015

*The Court of Appeals hereby passes the following order:*

**A14A1850. CANDLER v. ROHNER.**

This case involves the appeal of an order from the Superior Court of Douglas County denying Appellant's petition for legitimation of his two biological children. In a related adoption action, the same court issued a stipulated order recognizing the Appellant as the legitimate father of the children by operation of law pursuant to a voluntary acknowledgment of paternity and legitimation executed by the parties at the childrens' birth.[1]

Appellee has filed a motion to dismiss the instant appeal on the basis that the subsequently-entered order recognizing legitimation renders the trial court's order under review moot. Appellee's motion is hereby GRANTED, this appeal is DISMISSED, and this case is remanded to the trial court for further proceedings as may be warranted.[2]

---

[1] Appellant filed a discretionary appeal in the adoption action, *see* Case Number A14D0393, which this Court granted because final adoption orders are directly appealable. See OCGA § 5-6-34 (a) (1); OCGA § 5-6-35 (j).

[2] This Court notes that the Appellant claims that, upon the recognition that he is the legitimate father of the minor children, he was entitled to a hearing on the issues of custody, visitation and child support. Whether and to what extent he remains entitled to further consideration of these issues depends upon the outcome of the appeal in the adoption action, Case Number A14D0393, wherein the trial court terminated his rights as to the minor children. There also remains for consideration by the trial court the Appellant's claim for attorneys fees and expenses.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*___01/12/2015___
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*